# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| LYNN M. KIPP, | : | No. 133 MM 2021 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| BELLEFONTE AREA SCHOOL BOARD, | : | |
| MICHELLE SAYLOR, MICHELLE | : | |
| SIMPSON, AND KIMBERLY SHARP, | : | |
| NICOLAS DOWNS, NICOLE HARRIS, | : | |
| MICHAEL MUSSETT, | : | |
| | : | |
| Respondents | : | |

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 10th day of March, 2022, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.